**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re Ex Parte Application of Tatsuya Suzuki for an Order to take Discovery for Use in Foreign Proceeding Pursuant to 28 U.S. C. § 1782 | Case No. 26-mc-00351-JPO |

**ORDER GRANTING *EX PARTE* APPLICATION FOR JUDICIAL ASSISTANCE IN OBTAINING EVIDENCE FOR USE IN A FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. §1782**

THIS CAUSE comes before the Court upon the Application of Tatsuya Suzuki (the "Applicant") for an Order authorizing discovery pursuant to 28 U.S.C. § 1782 for use in a proceeding before the General Division of the High Court of the Republic of Singapore, captioned *Tatsuya Suzuki v. Akamai Technologies Singapore APJ Ltd.*, HC/OC 507/2026. Having considered the application, supporting memorandum, and declarations, and otherwise being fully advised in the premises, **IT IS HEREBY ORDERED** that:

1. The Applicant's Application is **GRANTED**.

2. The Applicant is authorized to take discovery from Akamai Technologies, Inc. ("Akamai") by issuing the subpoena in the form attached as Exhibit A to the Declaration of Howard Fischer (the "Subpoena").

3. Akami is directed to comply with the Subpoena in accordance with the Federal Rules of Civil Procedure and the Rules of this Court.

4. Howard Fischer, of Moses & Singer LLP, counsel for the Applicant, is appointed to issue, sign, and effectuate service of the Subpoena upon Akamai.

***The Clerk of Court is directed to terminate the motion at ECF No. 2.***

DATED this 30th day of July, 2026.

J. PAUL OETKEN
United States District Judge