UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re Ex Parte Application of Tatsuya Suzuki for an Order to Take Discovery for Use in Foreign Proceeding Pursuant to 28 U.S.C. § 1782 | Case No. 26-mc-00351-JPO |

## ORDER GRANTING LETTER MOTION TO SEAL

Upon the Letter Motion to Seal filed by Petitioner Tatsuya Suzuki, with the consent of Respondent Akamai Technologies, Inc., and the Court having considered the motion and found that the papers filed in this proceeding contain confidential business information and the private information of non-parties, that the presumption of public access is outweighed by these countervailing interests, and that sealing is narrowly tailored to serve those interests, it is hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that the Clerk of Court is respectfully directed to seal this proceeding, including the docket and all filings ECF Nos. 1–8, such that they are accessible only to the Court and the parties; and it is further

ORDERED that the Application is deemed withdrawn as moot, and the Clerk of Court is respectfully directed to close this case; and it is further

ORDERED that the Clerk of Court shall maintain a public docket entry reflecting the caption, the case number, and that the proceeding has been sealed.

SO ORDERED.

Dated: New York, New York
October 15, 2026

J. PAUL OETKEN
United States District Judge

So ordered.
The Clerk of Court is directed to terminate the motion at ECF No. 9 and seal the case in its entirety.